■ In the Matter of the Arbitration between BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant, and PROFESSIONAL STAFF CONGRESS/CUNY, Respondent. — Order and judgment (one paper), Supreme Court, New York County (Ryp, J.), entered on February 4, 1981, unanimously affirmed, without costs and without disbursements, for the reasons stated by Ryp, J., at Special Term. Concur — Kupferman, J. P., Birns, Silverman and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO KELSEY, Appellant. — Judgment, Supreme Court, Bronx County (Zimmerman, J., at sentence; Koenig, J., on speedy trial motion), rendered on June 11, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Birns, Sandler and Fein, JJ.

■ In the Matter of L-Jo AMUSEMENTS, INC., Appellant, v CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, New York County (Ostrau, J.), entered on July 30, 1981, as resettled by order, entered on September 8, 1981, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of these appeals. No opinion. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE JACKSON, Appellant. — Judgment, Supreme Court, New York County (Denzer, J.), rendered on January 7, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR McCABE, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on July 23, 1980, unanimously affirmed, without prejudice to a postconviction motion made pursuant to CPL 440.10 to vacate, as to which we express no opinion. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Silverman, JJ.

■ DIANE DWYER, as Executrix of PETER E. DWYER, Deceased, Respondent, v PHOENIX MUTUAL LIFE INSURANCE COMPANY, Respondent. PHOENIX MUTUAL LIFE INSURANCE COMPANY, Defendant and Interpleading Plaintiff-Respondent, v MICHAEL NICHOLSON, Interpleaded Defendant-Appellant, and DIANE DWYER, Interpleaded Defendant-Respondent, et al., Interpleaded Defendant. — Order, Supreme Court, New York County (Freedman, J.), entered on June 3, 1981, unanimously affirmed, without costs and without disbursements, for the reasons stated by Freedman, J., at Special Term. Concur — Kupferman, J. P., Sandler, Ross and Carro, JJ.

■ In the Matter of CHARLES SORKIN, an Attorney. — Motions for reinstatement and to confirm referee's report granted, as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Lupiano, JJ.